UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**JS-6**

CIVIL MINUTES -REOPENING/CLOSING

Case No. SACV 19-00818-JLS (KESx)　　　　Date July 21, 2020

Title: David Elkins et al v. American Honda Motor Co., Inc., et al

Present: The Honorable JOSEPHINE L. STATON

| Melissa Kunig | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:　　　　　　Attorneys Present for Defendants:

Not Present　　　　　　　　　　　　　　　　Not Present

Proceedings:　☐ In Court　　☒ In Chambers　　☐ Counsel Notified

☐ Case previously closed in error. Make JS-5.

☒ Case should have been closed on entry dated July 20, 2020 [60]  JS-6 .

☐ Case settled but may be reopened if settlement is not consummated within _____ days. Make JS-6.

☐ Other _____

☐ Entered _____ .

Initials of Preparer　　mku